WATKINS *v.* CITY OF JACKSON.

BECK, P. J. The evidence upon the material issues in this case was conflicting, no abuse of discretion upon the part of the trial judge in refusing the injunction is shown, and the judgment is therefore affirmed. *Judgment affirmed. All the Justices concur.*

No. 3402. MAY 21, 1923.

Petition for injunction. Before Judge Searcy. Butts superior court. May 21, 1922.

*Dobbs & Barrett,* for plaintiff. *C. L. Redman,* for defendant.